| | |
|---|---|
| 1 | KELLEY DRYE & WARREN LLP |
| 2 | Catherine D. Lee (State Bar No. 258550) |
|   | 10100 Santa Monica Boulevard |
| 3 | Twenty-Third Floor |
|   | Los Angeles, CA 90067-4008 |
| 4 | Telephone:  (310) 712-6100 |
|   | Facsimile:   (310) 712-6199 |
| 5 | clee@kelleydrye.com |
| 6 | *Attorneys for Defendant Kohl's Department Stores, Inc.* |
| 7 | |

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10
SOUTHERN DIVISION

| | | |
|---|---|---|
| 11 | | |
| 12 | SASHA SUCHITE, | Case No. 8:15-cv-01535-JLS-DFM |
| 13 | Plaintiff, | Hon. Josephine L. Stanton |
| 14 | v. | **DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| 15 | KOHL'S DEPARTMENT STORES, INC., | |
| 16 | Defendant. | |
| 17 | | FAC Filed:       Oct. 27, 2015 |
| 18 | | Trial Date:       None Set |

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel
2  of record for Kohl's Department Stores Inc., certifies that the following listed parties
3  may have a pecuniary interest in the outcome of this case.  These representations are
4  made to enable the Court to evaluate possible disqualification or recusal.
5  Defendant Kohl's Department Stores Inc. states that Kohl's Corporation, a
6  publicly-held corporation, is the parent corporation of Defendant Kohl's Department
7  Stores, Inc.  No other publicly held corporation owns 10% of more of Defendant
8  Kohl's Department Stores, Inc.'s stock.
9  The interested parties are: (1) Sasha Suchite, and (2) Kohl's Department
10 Stores, Inc.

12 DATED: December 23, 2015      KELLEY DRYE & WARREN LLP
                                 Catherine D. Lee

14                               By */s/ Catherine D. Lee*
15                                  Catherine D. Lee
                                 Attorneys for Defendant Kohl's Department
16                               Stores, Inc.