Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, 3rd Floor
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390
SASHA SUCHITE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SASHA SUCHITE, | Case No.: 8:15−cv−01535−JLS−DFM |
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| v. | Date: September 14, 2015 |
| | Time: 11:00 a.m. |
| KOHL'S CORP., | Judge: Honorable Judge Staton |
| | Location: Ronald Regan Federal |
| Defendant. | 411 West Fourth Street, Room 10A, Santa Ana, CA 92701-4516 |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 16 and 26(f), and Local Rule 26-1, Plaintiff, SASHA SUCHITE ("Plaintiff"), and Defendant, KOHL'S CORP., ("Defendant"), through their respective counsel, respectfully submit the following Joint Rule 26(f) Report.

- 1 -

JOINT RULE 26(f) REPORT

**A. <u>Synopsis:</u>**

    **a. Plaintiff:** Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act 47 U.S.C. § 227 et seq.. Count II of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq*. ("RFDCPA"). Plaintiff alleges Defendant placed calls to Plaintiff's cell phone using an automatic telephone dialing system without Plaintiff's prior express consent seeking payment for a debt owed.

    **b. Plaintiff alleges Defendant violated the following sections in the TCPA:**

        (1) Defendant violated 47 U.S.C. § 227 et seq. by placing calls to Plaintiff's cell phone using an automatic telephone dialing system without Plaintiff's prior express consent.

    **c. Plaintiff alleges Defendant violated the following sections in the RFDCPA:**

        (1) Defendant violated §1788.17(d) of the RFDCPA by causing Plaintiff's telephone to ring repeatedly or continuously to annoy the person called.

        (2) Defendant violated §1788.17(e) of the RFDCPA by communicating with Plaintiff with such frequency as to be unreasonable and to constitute harassment to Plaintiff.

        (3) Defendant violated §1788.17 of the RFDCPA continuously failing to comply with the statutory

JOINT RULE 26(f) REPORT

LA01\LEECA\714424.1

regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq.

    a.  Defendant violated § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff.

    b.  Defendant violated § 1692d(6) by causing a telephone to ring repeatedly or continuous with the intent to annoy, harass, or abuse Plaintiff.

**d. Defendant denies Plaintiff's allegations:** Defendant denies all material allegations of the Complaint. Defendant disputes that it autodialed Plaintiff without his prior express consent, that it violated the TCPA, the RFDCPA, or that Plaintiff is entitled to any relief from Defendant.

**B. <u>Subject Matter Jurisdiction:</u>** Plaintiff asserts that jurisdiction arises pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the RFDCPA state claim.

**C. <u>Legal Issues:</u>** Whether Defendant's alleged conduct violated the TCPA and RFDCPA.

**D. <u>Parties, evidence, etc.:</u>**

    **1. Parties:**

        i.  Plaintiff, SASHA SUCHITE

        ii.  Defendant, KOHL'S CORP.

    **2. Witnesses:**

        i.  Plaintiff, SASHA SUCHITE

        ii.  Defendant, KOHL'S CORP.

JOINT RULE 26(f) REPORT

LA01\LEECA\714424.1

iii.  Defendant's Representative(s).

iv.  Plaintiff's expert

v.  Defendant's expert

**3. Documents:**

i.  Defendant's collection notes.

ii.  Call logs from Plaintiff's phone.

iii.  Documents concerning Defendant's use of an ATDS.

iv.  Credit application and contract with Kohl's Department Stores, Inc.

E.  **Realistic Range of Damages:**  The TCPA entitles Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and an award of $1,500.00 for every willful violation pursuant to 47 U.S.C. § 227(b)(3).  The RFDCPA entitles Plaintiff to a maximum of $1,000.00 in statutory damages.  Additionally, the RFDCPA provides for reasonable attorneys' fees and costs.

F.  **Insurance**:  Kohl's does not contend that there is insurance to cover this case.

G.  **Proposed Amendments to Pleadings and Deadline for Amendments:** The Parties do not anticipate filing motions to add other parties or claims, or to transfer venue.

H.  **Complex Litigation**:  The Parties do not believe that this case involves complex litigation and that the Manual for Complex Litigation need not be utilized.

I.  **Discovery Plan:**  Discovery will need to be conducted regarding the following subjects: the terms of Plaintiff's credit application; whether

- 4 -

JOINT RULE 26(f) REPORT

Plaintiff consented to receiving collection calls; any and all communications between Plaintiff and Defendant; any and all information pertaining to Plaintiff's allegations and alleged damages suffered; and any and all information pertaining to Defendant's Affirmative Defenses.   The Parties further agree that discovery should not be conducted in phases or limited. The Parties anticipate propounding Interrogatories, Requests for Production, and Requests for Admission.   Depending on the information disclosed, Plaintiff may depose Defendant's corporate designee containing knowledge of the facts alleged in Plaintiff's Complaint and the information contained in Defendant's responses to Plaintiff's discovery requests.   The Parties also agree that no changes should be made in the timing, form, or requirement for disclosures under FRCP 26(a).   Defendant will depose Plaintiff and anyone identified by Plaintiff with knowledge of his claims.

**J.** **<u>Experts:</u>**   Plaintiff anticipates the use of an expert.   The Parties agree pursuant to FRCP 26(a)(2) Expert Disclosures will be made 90 days before the trial date, and expert depositions will be completed 60 days before the trial date.

**K.** **<u>Dispositive Motions:</u>**   The parties intend to file dispositive motions.

**L.** **<u>Settlement:</u>**   The Parties have engaged in settlement negotiations and will continue to do so in a good faith manner.   The Parties elect Settlement Procedure No. 2 from Local Rule 16-15.4, to proceed with mediation before an attorney from the Court's Attorney Settlement Officer Panel.

**M.** **<u>Trial Estimate:</u>**   Defendant requests a jury.   The Parties anticipate that the trial in this case will last 1-2 days.

**N.** **<u>Trial Counsel</u>**:   At this time, the Parties expect that trial counsel will be

JOINT RULE 26(f) REPORT

LA01\LEECA\714424.1

Ryan Lee for Plaintiff and Catherine Lee for Defendant.

**O.** **Independent Expert or Master**:   The Parties do not believe this case warrants appointing a master pursuant to Fed. R. Civ. P. 53 or an independent scientific expert.

**P.** **Bifurcation:**         The Parties do not intend to sever or bifurcate this case.

**Q.** **Proposed Schedule:**  Attached as Exhibit A.

RESPECTFULLY SUBMITTED,

Dated: January 22, 2016          By:/s/ Ryan Lee____

Ryan Lee
Attorney for Plaintiffs

By:/s/ Catherine D. Lee_____

Catherine D. Lee
Attorney for Defendant

- 6 -

JOINT RULE 26(f) REPORT

# **EXHIBIT A**

## **PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES**

CASE NAME:

CASE NO:

| Matter | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus sixty (60) days | | 4/12/16 |
| Fact Discovery Cut-Off | 21 | | 8/21/16 |
| Last Day to Serve Initial Expert Reports | 19 | | 9/13/16 |
| Last Day to File Motions (Except *Daubert* and all other Motions in Limine) | 19 | | 9/13/16 |
| Last Day to Serve Rebuttal Expert Reports | 15 | | 10/11/16 |
| Last Day to Conduct Settlement Proceedings | 12 | | 11/1/16 |
| Expert Discovery Cut-Off | 11 | | 11/8/16 |
| Last Day to File *Daubert* Motions | Expert Discovery Cut-Off Date plus seven (7) days | | 11/15/16 |
| Last Day to File Motions in Limine (excluding *Daubert* Motions) | Final Pre-Trial Conference Date less twenty-eight (28) days | | 12/2/16 |

- 7 -

JOINT RULE 26(f) REPORT

LA01\LEECA\714424.1

| | | | |
|---|---|---|---|
| Final Pre-Trial Conference **(Friday at 1:30 p.m.)** | 3 | | 12/30/16 |
| Last Day to File Proposed Finding of Facts and Conclusions of Law (if court trial) | 1 | | 1/17/17 |
| Exhibits Conference **(Friday at 3:30 p.m.)** | Friday before trial | | 1/20/17 |
| Trial:  Jury or Court **(Tuesday at 9:00 a.m.)** | | | 1/24/17 |

- 8 -

JOINT RULE 26(f) REPORT