_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  SACV 15-01535 JLS (DFMx) | Date:  February 10, 2016 |
| Title: Sasha Suchite v. Kohl's Corp. | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings:**        (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing February 12, 2016 is VACATED and taken off calendar, and the Court sets the deadlines that appear below. Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | April 12, 2016 |
| Fact Discovery Cut-off: | August 30, 2016 |
| Last Day to Serve Initial Expert Reports: | September 13, 2016 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | September 9, 2016 |
| Last Day to Serve Rebuttal Expert Reports: | October 11, 2016 |
| Last Day to Conduct Settlement Proceedings: | November 1, 2016 |
| Expert Discovery Cut-off: | November 4, 2016 |
| Last Day to File *Daubert* Motions: | November 11, 2016 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | November 18, 2016 |
| Final Pretrial Conference (1:30 p.m.): | December 16, 2016 |

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SACV 15-01535 JLS (DFMx) | Date: February 10, 2016 |
| Title: Sasha Suchite v. Kohl's Corp. | |

Exhibit Conference (3:30 p.m.):               January 20, 2017

Jury Trial (9:00 a.m.):                            January 24, 2017

Trial Estimate:                                       2 days

                                                              Initials of Preparer:  tg

_____