KELLEY DRYE & WARREN LLP
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
clee@kelleydrye.com

Attorneys for Defendant Kohl's
Department Stores, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SASHA SUCHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>　　　　　　Defendant. | Case No.  8:15-cv-01535-JLS-DFM<br><br>(Hon. Josephine L. Staton)<br><br>**JOINT STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY**<br><br>*[Lee Decl. and [Proposed] Order filed concurrently herewith]*<br><br>FAC Filed:    Oct. 27, 2015<br>Trial Set:     Jan. 24, 2017 |

JOINT STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY

244960

1    Plaintiff Sasha Suchite ("Plaintiff") and Defendant Kohl's Department Stores,
2 Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as
3 follows:
4    WHEREAS, Plaintiff filed a Complaint on September 23, 2015 (ECF No. 1)
5 and a First Amended Complaint against Kohl's Department Stores, Inc. on October
6 27, 2015 (ECF No. 10);
7    WHEREAS, on February 10, 2016, this Court issued a Scheduling Order,
8 setting a Fact Discovery Cut-Off Date of August 30, 2016 (ECF No. 17);
9    WHEREAS, on July 1, 2016, a Second Amended Motion to Transfer Related
10 Actions to the Northern District of Illinois Pursuant to 28 U.S.C. §1407 For
11 Consolidated Pretrial Proceedings was filed with the Judicial Panel on Multidistrict
12 Litigation ("JPML") requesting that this action, along with twenty-seven other
13 actions, be considered for inclusion in a new proposed Multidistrict Litigation 2736
14 (MDL 2376, ECF No. 6);
15    WHEREAS, the parties have worked diligently to request discovery and
16 provide responses to same, and are further working towards an amicable resolution
17 of the case (Lee Decl. ¶ 3);
18    WHEREAS, the parties believe that extending the time to complete discovery
19 by 30 days would allow the parties to better assess what discovery remains to be
20 completed, whether to request to stay this action pending a determination by the
21 JPML, and moreover would allow the parties to work towards a final resolution of
22 this matter (Lee Decl. ¶ 6);
23    WHEREAS, the parties have not previously sought an extension of time to
24 complete discovery in this matter; and
25    WHEREAS, Plaintiff and Defendant have met and conferred and hereby
26 stipulate to extend the time within which to complete discovery until by thirty (30)
27 days until September 30, 2016, subject to the Court's approval:
28

1
JOINT STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY

244960

1   IT IS HEREBY STIPULATED AND AGREED that, subject to Court
2   approval, the Fact Discovery Cut-Off Date shall be continued thirty (30) days to
3   September 30, 2016.

5   DATED: August 29, 2016     KELLEY DRYE & WARREN LLP
                                            Catherine D. Lee

                                      By: */s/ Catherine D. Lee*
                                            Catherine D. Lee
                                      Attorneys for Defendant Kohl's
                                      Department Stores, Inc.

11  DATED: August 29, 2016     KROHN & MOSS, LTD.
                                            Taylor M. Tieman
                                            Adam T. Hill

                                      By: */s/ Taylor M. Tieman*
                                            Taylor M. Tieman
                                      Attorneys for Plaintiff Sasha Suchite

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed,
2  and on whose behalf the filing is submitted, concur in the filing of this stipulation
3  and have authorized the filing of this stipulation.

4

5  DATED:  August 29, 2016          KELLEY DRYE & WARREN LLP
                                     Catherine D. Lee
6
7                                    By:  */s/ Catherine D. Lee*
                                          Catherine D. Lee
8                                    Attorneys for Defendant Kohl's
9                                    Department Stores, Inc.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
JOINT STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY

244960