KELLEY DRYE & WARREN LLP
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
clee@kelleydrye.com

Attorneys for Defendant Kohl's
Department Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SASHA SUCHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>　　　　　　Defendant. | Case No.  8:15-cv-01535-JLS-DFM<br><br>(Hon. Josephine L. Staton)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO COMPLETE DISCOVERY**<br><br>*[Joint Stip. and Lee Decl. filed concurrently herewith]*<br><br>FAC Filed:       Oct. 27, 2015<br>Trial Set:         Jan. 24, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, upon consideration of the parties' Stipulation Extending Time to Complete Discovery ("Stipulation") and the Declaration of Catherine D. Lee, hereby finds good cause to ORDER the following:

The parties' Joint Stipulation is GRANTED. The Fact Discovery Cut-Off Date shall be continued thirty (30) days to September 30, 2016.

Dated:_____

                              _____
                              JOSEPHINE L. STATON
                              United States District Court Judge