1  Taylor M. Tieman (SBN: 305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   1112 Ocean Drive, Suite 301
3  Manhattan Beach, CA 90266
   Tel: (323) 988-2400 ext. 254
4  Fax: (866) 861-1390
   SASHA SUCHITE
5

6

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **SOUTHERN DIVISION**

10 SASHA SUCHITE,                  )  **Case No.:** 8:15−cv−01535−JLS−DFM
                                   )
11         Plaintiff,              )  **NOTICE OF SETTLEMENT**
                                   )
12    v.                           )  **(Unlawful Debt Collection Practices)**
                                   )
13 KOHL'S DEPARTMENT               )
   STORES, INC.,                   )
14                                 )
                                   )
15         Defendant.              )
                                   )
16 _____  )

17

18

19

20

21

22

23

24

25

- 1 -

NOTICE OF SETTLEMENT

1 **TO THE COURT:**

2   NOW COMES the Plaintiff, SASHA SUCHITE, by and through the
3 undersigned counsel and hereby informs the court that a settlement of the present
4 matter has been reached and is in the process of finalizing settlement, which
5 Plaintiff anticipates will be finalized within the next 60 days.
6   Plaintiff therefore requests that this honorable Court vacate all dates
7 currently set on calendar for the present matter.

8                         Respectfully Submitted,

9

10 Dated:   September 16, 2016    KROHN & MOSS, LTD.

11

12                 By:   /s/ Taylor M. Tieman
                          Taylor M. Tieman
13                           Attorney for Plaintiff,
                          AMANDA EDWARDS

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 16, 2016 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tieman
Taylor M. Tieman